USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALGORZATA POSPIECH,

Plaintiff,

-against-

THE CITY UNIVERSITY OF NEW YORK,

Defendant.

26 Civ. 6728 (AT) (SDA)

**ORDER**

ANALISA TORRES, District Judge:

On November 18, 2026, Plaintiff *pro se* filed a letter motion requesting an extension of time to amend her complaint and to oppose Defendant's motion to dismiss. *See* ECF No. 16.

Plaintiff's motion for an extension of time to amend her complaint is GRANTED. By **December 21, 2026**, Plaintiff shall amend her complaint.

Because Plaintiff intends to amend the operative pleading, Defendant's motion to dismiss, ECF No. 11, is DENIED without prejudice to renewal upon the filing of Plaintiff's amended complaint. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 11. Plaintiff is advised not to file an opposition to Defendant's motion to dismiss.

The Clerk of Court is respectfully directed to mail this order to Plaintiff *pro se* at 2805 33rd St, Apt 3E, Astoria, NY 11102.

SO ORDERED.

Dated: November 20, 2026
New York, New York

ANALISA TORRES
United States District Judge